**This order is SIGNED.**

Dated: February 1, 2023



KEVIN R. ANDERSON
U.S. Bankruptcy Judge

kw

---

<u>*Order Prepared and Submitted By:*</u>
Mark C. Rose, #13855
**MCKAY, BURTON & THURMAN, P.C.**
Gateway Tower West
15 West South Temple, Suite 1000
Salt Lake City, Utah 84101
Telephone: (801) 521-4135
Facsimile: (801) 521-4252
E-mail: mrose@mbt-law.com
*Attorneys for Plaintiff Shana R. Hoskins
and Nancy G. Hoskins*

---

### THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>KENNETH JOHN WATKINS,<br><br>Debtor. | Bankruptcy No. 19-29264 KRA<br>(Chapter 7) |
| SHANA R. HOSKINS and NANCY G. HOSKINS,<br><br>Plaintiffs,<br><br>vs.<br><br>KENNETH JOHN WATKINS,<br><br>Defendant. | Adversary Proceeding No. 20-02088<br><br>Judge Kevin R. Anderson<br><br>**FILED ELECTRONICALLY** |

### ORDER GRANTING STIPULATED MOTION FOR ENTRY OF ORDER

Before the Court for ruling is the *Stipulated Motion for Entry of Order* [Dkt. Entry #112] (the "Stipulation"), which was jointly filed by Plaintiffs Shana R. Hoskins and Nancy G. Hoskins and Defendant Kenneth John Watkins. The Stipulation seeks entry of an order declaring all of Plaintiffs' claims against Defendant nondischargeable pursuant to 11 U.S.C. § 523(a)(2) and dismissing all other causes of action.

Having reviewed the Stipulation, notice being proper, and good cause appearing, it is hereby **ORDERED** as follows:

1. The *Stipulated Motion for Entry of Order* [Dkt. Entry #112] is **GRANTED**;

2. All of Plaintiffs Shana R. Hoskins' and Nancy G. Hoskins' claims against Defendant Kenneth John Watkins shall be considered nondischargeable pursuant to 11 U.S.C. § 523(a)(2); and

3. A separate order shall be entered in accordance with this order.

---------------------------------------------END OF ORDER---------------------------------------------

**Approved as to Form and Content By:**

DATED this 16th day of January, 2023.

**MCKAY, BURTON & THURMAN, P.C.**

/s/ Mark C. Rose
_____
Mark C. Rose
*Attorneys for Plaintiff Shana R. Hoskins*
*and Nancy G. Hoskins*

DATED this ____ day of January, 2023.

**RICHARDS BRANDT MILLER NELSON**

*
_____
Adam S. Affleck
*Attorneys for Defendant Kenneth John Watkins*
*To be endorsed electronically via CM-ECF.

**DESIGNATION OF PARTIES TO BE SERVED**

Service of the foregoing **ORDER GRANTING STIPULATED MOTION FOR ENTRY OF ORDER** shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

Adam S. Affleck, adam-affleck@rbmn.com
Mark C. Rose, mrose@mbt-law.com
**All other parties registered with CM/ECF and entitled to notice in this case**

**By U.S. Mail:** In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R.Civ.P.5(b):

Kenneth John Watkins
4708 East 2650
Eden, Utah 84310

_____
Deputy Clerk

United States Bankruptcy Court
District of Utah

Hoskins,
    Plaintiff

Adv. Proc. No. 20-02088-KRA

Watkins,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 1088-2　　　　　　　　　　User: admin　　　　　　　　　　Page 1 of 2
Date Rcvd: Feb 01, 2023　　　　　　　　Form ID: pdfor1　　　　　　　　Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol　　　Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Kenneth John Watkins, 4708 East 2650 North, Eden, UT 84310-5501 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2023　　　　　　　　Signature:　　/s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2023 at the address(es) listed below:

**Name　　　　　　　　Email Address**

Adam S. Affleck
    on behalf of Defendant Kenneth John Watkins adam-affleck@rbmn.com andalin-bachman@rbmn.com;affleckar93359@notify.bestcase.com;jennifer-franklin@rbmn.com

Mark C. Rose
    on behalf of Plaintiff Nancy G. Hoskins mrose@mbt-law.com markcroselegal@gmail.com

Mark C. Rose
    on behalf of Plaintiff Shana R. Hoskins mrose@mbt-law.com markcroselegal@gmail.com

Matthew James Burne
    on behalf of Interested Party United States Trustee matthew.burne@usdoj.gov rinehart.peshell@usdoj.gov,james.gee@usdoj.gov,lindsey.huston@usdoj.gov,rachelle.d.hughes@usdoj.gov,brittany.eichorn@usdoj.gov

Peter J. Kuhn

on behalf of Interested Party United States Trustee Peter.J.Kuhn@usdoj.gov James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Armstrong@usdoj.gov;Brittany.Eichorn@usdoj.gov

TOTAL: 5